HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Assistant Federal Defender
NATALYA KALINOVSKIY
Certified Student Attorney
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
DONALD MOYER III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD MOYER III,<br><br>　　　　　　　　Defendant. | NO. 2:14-CR-00264-EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE TRIAL-CONFIRMATION HEARING AND JURY TRIAL DATES AND SET FOR CHANGE OF PLEA AND SENTENCING, AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>DATE:　December 29, 2014<br>TIME:　10:00 a.m.<br>JUDGE: Hon. Edmund F. Brennan |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel, LAURA HUGGINS, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, attorney for defendant, DONALD MOYER III, and Certified Student Attorney, NATALYA KALINOVSKIY, that the Court vacate the trial confirmation hearing date of December 8, 2014 at 10:00 a.m., and jury trial date of December 30, 2014 at 9:30 a.m. and set a change of plea hearing on December 29, 2014 at 10:00 a.m. The parties have reached a resolution in this case and are in the process of drafting a plea agreement.

　　　　Additionally, because Count One 18 U.S.C. § 641 – Theft of Government Property and Count Three 18 U.S.C. § 1707 – Theft of Property Used by Postal Service, of the Information alleges a Class A misdemeanor, the parties request that the time period from the date of the

defendant's initial appearance and arraignment, October 27, 2014, through and including the proposed date for change of plea and sentencing, December 29, 2014, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and local Code T4 for defense preparation and finalizing the terms of the plea agreement. Therefore, the parties stipulate that the Court may find that the ends of justice served by granting this continuance outweigh the ~~best~~ interests of the public and the defendant in a speedy trial.

Dated: December 4, 2014                Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Linda Harter*
                                       LINDA HARTER
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       DONALD MOYER III

Dated: December 4, 2014                BENJAMIN B. WAGNER
                                       United States Attorney

                                       */s/ Laura Huggins*
                                       LAURA HUGGINS
                                       Per telephone authorization
                                       Special Assistant United States Attorney
                                       Attorney for Plaintiff

## **O R D ER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is hereby ordered that the trial confirmation hearing presently set for December 8, 2014 at 10:00 a.m. and the trial set for December 30, 2014 at 9:30 a.m., be vacated, and that a change of plea and sentencing date be set for December 29, 2014 at 10:00 a.m.

It is further ordered that the time period from the date of the defendant's initial appearance and arraignment, October 27, 2014, through and including the proposed date for change of plea and sentencing, December 29, 2014, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act,

pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and local Code T4 for defense preparation and finalizing the terms of the plea agreement. The Court finds that (1) the failure to grant the requested continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: December 8, 2014

Hon. Edmund F. Brennan
United States Magistrate Judge