IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>DONALD MOYER III,<br><br>     Defendant. | 2:14-cr-00264-EFB<br><br>**ORDER TO SHOW CAUSE AND ORDER TO ISSUE SUMMONS RE: PROBATION REVOCATION** |

### ORDER TO SHOW CAUSE AND ISSUE SUMMONS

It is Hereby Ordered that the defendant shall appear on September 28, 2015, at 10:00 a.m. to show cause why the probation granted on December 29, 2014, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///

///

///

///

///

///

1   It is further ordered that the Clerk's office shall issue a
2 summons directing the defendant to appear on September 28, 2015, at
3 10:00 a.m.
4   IT IS SO ORDERED.
5 Dated: September 9, 2015

_____
Hon. Edmund F. Brennan
United States Magistrate Judge